# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3288
LT Case No. 2013-CF-958-A

_____

JOSEPH LUIS LEVIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

Joseph Luis Levin, Monticello, pro se.

No Appearance for Appellee.

December 12, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS, and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____